956

No. 517, Misc. DAVIS *v.* ALVIS, SUPERINTENDENT, OHIO PENITENTIARY, ET AL.;

No. 626, Misc. JACKSON *v.* HEINZE, WARDEN;

No. 681, Misc. SHEPHERD *v.* ROGERS, ATTORNEY GENERAL, ET AL.; and

No. 689, Misc. NOVAK *v.* PINTO, SUPERINTENDENT, NEW JERSEY STATE PRISON FARM. Motions for leave to file petitions for writs of habeas corpus denied.

No. 449, Misc. TOPP *v.* FERLING, SUPERINTENDENT, MARYLAND STATE REFORMATORY FOR MALES. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se.* *C. Ferdinand Sybert,* Attorney General of Maryland, and *James H. Norris, Jr.,* Special Assistant Attorney General, for respondent.

No. 514, Misc. MOORE *v.* UNITED STATES. Petition for writ of certiorari and for other relief to the United States Court of Appeals for the Fifth Circuit denied. Petitioner *pro se.* *Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for the United States.

No. 905. BEACON THEATRES, INC., *v.* WESTOVER, U. S. DISTRICT JUDGE, ET AL. C. A. 9th Cir. Certiorari granted. *Elwood S. Kendrick* for petitioner. *Hudson B. Cox* for Westover, respondent.

No. 910. PEURIFOY ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari granted. *Daniel R. Dixon* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Melva M. Graney* for respondent.